**Judge Hellerstein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ATADURU MARITIME AND TRADING : 
CO. LTD.
        Plaintiff, :

    - against - :   07 CV _____
                                        ECF CASE

PHOENIX COMMODITIES LIMITED, :
a/k/a PHOENIX COMMODITIES LTD. :

        Defendant. :
------------------------------------------------------X

07 CV 10647

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: November 28, 2007
       New York, NY

                        The Plaintiff,
                        ATADURU MARITIME AND TRADING
                        CO. LTD.

                        By: _____
                        Claurisse Campanale-Orozco (CC 3581)
                        Thomas L. Tisdale (TT 5263)
                        TISDALE LAW OFFICES, LLC
                        11 West 42nd Street, Suite 900
                        New York, NY 10036
                        (212) 354-0025 – phone
                        (212) 869-0067 – fax
                        corozco@tisdale-law.com
                        ttisdale@tisdale-law.com