```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ATADURU MARITIME AND TRADING :
CO. LTD.                      :
          Plaintiff,       :
                              :  07 Civ. 10647 (AKH)
   - against -          :  ECF CASE
                              :
PHOENIX COMMODITIES LIMITED,  :
a/k/a PHOENIX COMMODITIES LTD. :
          Defendant.       :
------------------------------------------------------X

### ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
       December 20, 2007       The Plaintiff
                                     ATADURU MARITIME AND TRADING CO. LTD.

                                       By: _____
                                           Claurisse Campanale-Orozco (CC 3581)
                                           TISDALE LAW OFFICES, LLC
                                           11 West 42nd Street, Suite 900
                                           New York, NY 10036
                                           (212) 354-0025
                                           (212) 869-0067 – fax
                                           corozco@tisdale-law.com

So ordered
2-20-08